## Commonwealth *v.* Elmore, Appellant.

Argued March 18, 1976. *James A. Downey, III*, Assistant Public Defender, for appellant; *Peter F. Schenck*, Assistant District Attorney, with him *Stephen B. Harris*, First Assistant District Attorney, and *Kenneth G. Biehn*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Foster, Appellant.

 Argued March 15, 1976. *Thomas A. White*, with him *White & Kelly*, for appellant; *Richard P. Myers*, Assistant District Attorney, with him *Deborah E. Glass*, *Steven H. Goldblatt*, and *Mark Sendrow*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.